# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-2820
Lower Tribunal No. 1992-CF-002911

———————————————

WILLIAM BENJAMIN LEWIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Michelle O. Pincket, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and PRATT, JJ., concur.


William Benjamin Lewis, Chipley, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED